**IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>  v.<br><br>JEFFREY A. HASSENFLUG,<br>[DOB:  06/26/1975],<br><br>                Defendant. | Case No. _____<br><br>**COUNT ONE:**<br>**Distribution of Child Pornography**<br>**Over the Internet**<br>18 U.S.C. § 2252(a)(2)<br>NLT:    5 Years Imprisonment<br>NMT:   20 Years Imprisonment<br>NMT:   $250,000 Fine<br>Supervised Release:   5 Years to Life<br>Class C Felony<br><br>**COUNT TWO:**<br>**Receipt of Child Pornography**<br>**Over the Internet**<br>18 U.S.C. § 2252(a)(2)<br>NLT:    5 Years Imprisonment<br>NMT:   20 Years Imprisonment<br>NMT:   $250,000 Fine<br>Supervised Release:   5 Years to Life<br>Class C Felony<br><br>**COUNT THREE:**<br>**Possession of Child Pornography**<br>18 U.S.C. § 2252(a)(4)<br>NMT:   20 Years Imprisonment<br>NMT:   $250,000 Fine<br>Supervised Release:   5 Years to Life<br>Class C Felony<br><br>$100 Mandatory Special Assessment<br>Each Count |

# I N D I C T M E N T

**THE GRAND JURY CHARGES THAT:**

## COUNT ONE

On or between March 7, 2016 and May 12, 2016, the dates being approximate, in the Western District of Missouri and elsewhere, JEFFREY A. HASSENFLUG, defendant herein, using any means or facility of interstate or foreign commerce, knowingly distributed a visual depiction, separate and apart from the visual depictions relied upon in Counts Two and Three, that had been shipped and transported in or affecting interstate and foreign commerce by any means including by computer, and the visual depiction contained material which had been shipped and transported in interstate and foreign commerce by any means including by computer; and the production of the visual depiction involved the use of a minor engaging in sexually explicit conduct, and such visual depiction was of such conduct, and attempted to do so, in violation of Title 18, United States Code, Section 2252(a)(2).

## COUNT TWO

On or about March 6, 2016, the date being approximate, in the Western District of Missouri and elsewhere, JEFFREY A. HASSENFLUG, defendant herein, using any means or facility of interstate or foreign commerce, knowingly received a visual depiction, separate and apart from the visual depictions relied upon in Counts One and Three, that had been shipped and transported in or affecting interstate and foreign commerce by any means including by computer, and the visual depiction contained material which had been shipped and transported in interstate and foreign commerce by any means including by computer; and the production of the visual depiction involved the use of a minor engaging in sexually explicit conduct, and such visual depiction was

of such conduct, and attempted to do so, in violation of Title 18, United States Code, Section 2252(a)(2).

## COUNT THREE

On or about June 2, 2016 in the Western District of Missouri, JEFFREY A. HASSENFLUG, defendant, knowingly possessed one or more films, videotapes and other matter which contained one or more visual depictions, separate and apart from the visual depictions relied upon in Counts One and Two, which involved a prepubescent minor and a minor who had not attained 12 years of age, that had been shipped and transported in or affecting interstate commerce, by any means including by computer, and which were produced using materials which had been shipped and transported in interstate and foreign commerce by any means including by computer; and the production of the visual depictions involved the use of minors engaging in sexually explicit conduct, and were visual depictions of such conduct, all in violation of Title 18, United States Code, Section 2252(a)(4).

TRUE BILL.

    /s/ Megan M. DeLeo
FOREPERSON OF THE GRAND JURY

    /s/ David Luna
David Luna #57057
Assistant United States Attorney

Date:    12/13/16
    Kansas City, Missouri