IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br>    Plaintiff, | )<br>) | |
| | ) | Case No.: 16-00367-01-CR-W-GAF |
| v. | ) | |
| | ) | Date: October 9, 2018 |
| JEFFREY A. HASSENFLUG,<br>    Defendant. | )<br>) | |

## MINUTE SHEET

The Honorable Gary A. Fenner, presiding at Kansas City, Missouri
Nature of Proceeding: Sentencing Hearing
Time commenced:   1:33 p.m.                        Time terminated:   1:50 p.m.

### APPEARANCES

Plaintiff's counsel:    David Luna, AUSA
Defendant's counsel:  J.R. Hobbs, Retained
Probation officer:     Drew Brown

**PROCEEDINGS IN COURTROOM:** Parties appear as indicated above. Defendant appears in person. There are no objections to the Presentence Investigation Report that affect the guidelines or sentence imposed. Defendant's objection regarding language in Presentence Investigation Report is granted. The Court adopts the Report with that change. Sentencing recommendations presented by counsel. Allocution granted to the defendant.

SENTENCE:  Defendant sentenced to the custody of the Federal Bureau of Prisons for a term of **90 months on Count(s) 1.**

               Supervised release of **10 years** w/mandatory, standard, and special conditions imposed.

               Fine waived. MSA of $100.00 imposed. Restitution: $15,000.00. Defendant provides receipts that MSA and restitution have been paid in full. Defendant advised of right to appeal. Defendant remanded to the custody of the U.S. Marshals.

               The Court recommends to the Federal Bureau of Prisons: that the defendant be designated to Texarkana FCI.

               Count(s) 2 and 3 dismissed on the motion of the United States.

Court Reporter:  Kathy Calvert                                      Courtroom Deputy:  Lisa Mitchell